DC

FILED

JAN 1 2 2016 DC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
)
v. )
)
JOSEPH COOK )

16CR 16

Violation: Title 18, United States Code, Section 2113(a)

JUDGE BUCKLO
MAGISTRATE JUDGE FINNEGAN

COUNT ONE

The SPECIAL JUNE 2015 GRAND JURY charges:

On or about August 19, 2014, at Chicago, in the Northern District of Illinois, Eastern Division,

JOSEPH COOK,

defendant herein, by intimidation, attempted to take from the person and presence of a bank employee United States currency belonging to, and in the care, custody, control, management, and possession of the Chase Bank, 3032 North Clark Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

______________________________
FOREPERSON

______________________________
UNITED STATES ATTORNEY