DC

Order Form (01/2005)

16CR 16

# United States District Court, Northern District of Illinois

| | | | |
|---|---|---|---|
| Name of Assigned Judge or Magistrate Judge | JUDGE BUCKLO | Sitting Judge if Other than Assigned Judge | MAGISTRATE JUDGE FINNEGAN |
| CASE NUMBER | 15-GJ-731 | DATE | JANUARY 12, 2016 |
| CASE TITLE | U.S. v. JOSEPH COOK | | |

DOCKET ENTRY TEXT

## Grand Jury Proceeding

The Grand Jury for SPECIAL JUNE 2015 the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge [signature]

TO ISSUE BENCH WARRANT. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142.

FILED

JAN 12 2016 DC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE or MAGISTRATE JUDGE ____________ (ONLY IF FILED UNDER SEAL)

Courtroom Deputy Initials: