**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| United States of America<br><br>Plaintiff<br>v.<br><br>Joseph Cook<br>Defendant | )<br>)<br>)<br>)<br>)<br>) | Case No. 16 CR 16-1<br>Magistrate Judge Sheila Finnegan |

## ORDER

Arraignment held on 1/22/2016 as to defendant Joseph Cook. The Court finds defendant is unable to afford counsel. Heather L. Winslow is appointed as counsel for defendant. Defendant is advised of charges and penalties available under the law and informed of his rights. Defendant enters plea of not guilty to the charge. Rule 16.1(A) conference to be held 1/29/2016. Pretrial motions to be filed by 2/16/2016. Response to be filed by 2/26/2016. Status hearing set for 2/19/2016 at 10:00 a.m. before Judge Bucklo. The Government orally moves for pretrial detention on the grounds that if released the defendant poses a risk of flight and danger to the community. At Defendant's request, the detention hearing is set for 1/26/2016 at 2:00 p.m. before Magistrate Judge Finnegan. The officials at the Metropolitan Correctional Center are requested to evaluate the medical condition of defendant Joseph Cook as soon as possible, as the Court is advised that he is on medications. Defendant shall remain in federal custody until further order of the Court. Without objection, time is excluded in the interest of justice from 1/22/2016 through and including 2/19/2016 pursuant to 18 U.S.C. 3161(h)(7)(A)(B) and for reasons stated in open court (X-T).

Date: January 22, 2016

Magistrate Judge Sheila Finnegan

(0:10)