**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| United States of America<br>Plaintiff<br>v.<br>Joseph Cook<br>Defendant | )<br>)<br>)<br>)<br>)<br>) | Case No. 16 CR 16-1<br>Magistrate Judge Sheila Finnegan |

**ORDER**

Detention hearing held on 2/1/2016 as to defendant Joseph Cook. The Court finds that no condition or combination of conditions will reasonably assure the appearance of the defendant or the safety of the community so the defendant is ordered to remain in custody.

Date: February 1, 2016

Magistrate Judge Sheila Finnegan

(0:25)

Rev. 10/2013